UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN MASONS HEALTH CARE FUND et al.,

      Plaintiffs,

v.                                                       Case No. 19-C-1022

LIFE SAFETY SYSTEMS, INC.,

      Defendant.

---

## ORDER GRANTING DEFAULT JUDGMENT

On November 15, 2019, Plaintiffs filed a motion for entry of default judgment. According to the complaint, Defendant owed Plaintiffs fringe benefit contributions for hours worked between September 1, 2018 and October 10, 2019, pursuant to the Greater Wisconsin collective bargaining agreement that was in effect and Defendant was bound to by a letter of assent. By virtue of the default, these allegations are taken as true. *Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994). Under the franchise agreement, Plaintiffs are owed $105,115.30, plus attorneys' fees and costs in the amount of $3,278. Plaintiffs' motion for relief establishes that judgment would be appropriate under these circumstances. Accordingly, the motion for default judgment (Dkt. No. 8) is **GRANTED** and the Clerk is directed to enter judgment for Plaintiffs in the amount of $105,115.30, plus attorneys' fees and costs in the amount of $3,278.

**SO ORDERED** this  21st  day of November, 2019.

                                                                 s/ William C. Griesbach
                                                                  William C. Griesbach, District Judge
                                                                  United States District Court